NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERICK MONK,                                    )
                                               )
                Appellant,                     )
                                               )
v.                                             )        Case No. 2D18-2236
                                               )                  2D18-3581
STATE OF FLORIDA,                              )
                                               )        CONSOLIDATED
                Appellee.                      )
                                               )
_____)

Opinion filed October 2, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Howard L. Dimmig, II, Public Defender,
and James R. Wulchak, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.

KHOUZAM, C.J., and NORTHCUTT and BLACK, JJ., Concur.